Rule abfolute.

## Wisner and others *vs*. Wilcocks and others.

*Ejectment.*  OGILVIE moved that *Amos Wilcocks* be admitted to defend *jointly*, on his affidavit that the defendants hold of him as their landlord.

*Riggs* for plaintiff oppofed the granting a rule, becaufe the affidavit did not fpecify that *Amos Wilcocks* was *in the receipt of rent*.

*Per Curiam.* There is no cafe which goes the length of faying that none are to be confidered as landlords within the meaning of this rule, but thofe who actually *receive rents*. Some *dicta* look that way, but it is the privity of intereft, and not the receiving of rent, which is the true teft.   A

mortgagee out of poffeffion may be let in to defend. Strangers only are to be excluded.